NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROBENA G. REID,**

*Petitioner*

**v.**

**DEPARTMENT OF TRANSPORTATION,**

*Respondent*

_____

2022-1132, 22-1133, 22-1135

_____

Petition for review of the Merit Systems Protection Board in No. DC-531D-18-0039-I-5, DC-0752-16-0817-I-7, DC-0752-15-0922-I-8.

_____

**O R D E R**

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31 (a) within the time permitted by the rules, it is

2                    REID V. DEPARTMENT OF TRANSPORTATION


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



                                    FOR THE COURT

March 24, 2022
    Date                          /s/ Peter R. Marksteiner
                                   Peter R. Marksteiner
                                   Clerk of Court


**ISSUED AS A MANDATE:** March 24, 2022